(USAO GAN 6/10)  Search Warrant

# United States District Court

## NORTHERN DISTRICT OF GEORGIA

In the Matter of the Search of

FACEBOOK PAGES BEARING FACEBOOK PROFILES:
THOMAS.SHORT.9081; FACEBOOK PROFILE
TERRY.PEACE.92; FACEBOOK PROFILE
CORY.WILLIAMSON.3998; AND FACEBOOK PROFILE
BRIAN.CANNON.39; AND FACEBOOK PAGE BLOOD
AND SCORCHED EARTH, FACEBOOK PAGE XXX
MINUTEMEN MILITIA, ALL OF WHICH ARE MORE
PARTICULARLY DESCRIBED IN ATTACHMENT A,
WHICH IS HEREBY INCORPORATED BY REFERENCE

**SEARCH WARRANT**
Case number: 4:14-MC-14

TO: Special Agent Adam Rowland, and any Authorized Officer of the United States

Affidavit(s) having been made before me by Adam Rowland who has reason to believe that on the
property described as:

Facebook Profile Thomas.Short.9081; Facebook Profile Terry.Peace.92; Facebook Profile
Cory.Williamson.3998; Facebook Profile Brian.Cannon.39, all of which are more particularly described in
Attachment A, which is hereby incorporated by reference

in the Northern District of Georgia there is now concealed certain information and certain data, namely,

See Attachment B,

which constitutes evidence of a crime and property designed for use, intended for use, or used in
committing a crime, concerning violations of Title 18, United States Code, Section(s) 371 and Title 26,
United States Code, Section(s) 5861.  I find that the affidavit(s) establishes probable cause to search for
and seize the certain information and certain data from the property described above.

YOU ARE HEREBY COMMANDED to execute this warrant on or before ___April  14, 2014___ (not to
exceed 14 days) IN THE DAYTIME (6 a.m. – 10 p.m.).  You must give a copy of the warrant and a receipt
for the property taken to the person from whom, or from whose premises, the property was taken, or
leave a copy of the warrant and receipt at the place where the property was taken. The officer executing
the warrant, or an officer present during the execution of the warrant, must prepare an inventory as
required by law and promptly return this warrant and inventory to United States Magistrate Judge
Walter E. Johnson.

April 1,
~~March 31~~, 2014 at  _1:45 pm_            at  Rome , Georgia
Date and Time Issued                              City and States

WALTER E. JOHNSON
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer            Signature of Judicial Officer
AUSA Tracia M. King

(USAO GAN 6/10) Search and Seizure Warrant (Page 2)

## RETURN

| Case No: 4:14-MC-14 | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| | | |

Inventory made in the presence of

A list of property/information/data/person(s) seized:

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

_____
Date

_____
Executing officer's signature

_____
Printed name and title

# ATTACHMENT A

## Property to Be Searched

This warrant applies to information associated with the Facebook

- Facebook page with the Facebook Profile Thomas.Short.9081, with the Facebook page username Thomas Short  (hereafter "**Subject Account 1**");

-  Facebook page with the Facebook Profile Terry.Peace.92, with the Facebook username Terry Peace (hereafter "**Subject Account 2**");

- Facebook page with the Facebook Profile  Cory.Williamson.3998, with Facebook username Cory Williamson (hereafter "**Subject Account 3**");

- Facebook page with the Facebook Profile Brian.Cannon.39, with Facebook username Brian Cannon (hereafter "**Subject Account 4**");

- Facebook page Blood and Scorched Earth (hereafter "**Subject Account 5**"); and

- Facebook page XXX Minutemen Militia (hereafter "**Subject Account 6**").

that is stored at premises owned, maintained, controlled, or operated by Facebook, a company headquartered in Palo Alto, California.

## **ATTACHMENT B**

### Particular Things to be Seized

I.      Information to be disclosed by Facebook

To the extent that the information described in Attachment A is within the

possession, custody, or control of Facebook, including any messages, records, files,

logs, or information that have been deleted but are still available to Facebook, or have

been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is

required to disclose the following information to the government for each user ID listed in

Attachment A:

(a)     All contact information, including full name, user identification number, birth

date, contact e-mail addresses, physical address (including city, state, and

zip code), telephone numbers, screen names, websites, and other personal

identifiers.

(b)     All Photoprints, including all photos uploaded by that user ID and all photos

uploaded by any user that have that user tagged in them;

(c)     All Neoprints, including profile contact information; Mini-Feed information;

status updates; links to videos, photographs, articles, and other items;

Notes; Wall postings; friend lists, including the friends' Facebook user

identification numbers; groups and networks of which the user is a

member, including the groups' Facebook group identification numbers;

future and past event postings; rejected "Friend" requests; comments; gifts;

pokes; tags; and information about the user's access and use of Facebook

applications;

(d)     All other communications and messages made or received by the user, including all private messages and pending "Friend" requests;

(e)     All IP logs, including all records of the IP addresses used to log into and out of the account;

(f)     All information about the user's access and use of Facebook Marketplace;

(g)     The length of service (including start date), the types of service utilized by the user, and the means and source of any payments associated with the service (including any credit card or bank account number);

(h)     All privacy settings and other account settings;

(i)     All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

II.     Information to be seized by the Government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 26, United States Code, Section 5861; and Title 18, United States Code, Section 371, including information pertaining to the following matters:

(a)     Records relating to plans, preparation and threats to attack government agencies, government facilities, and government personnel; and

(b)     Records relating to the conspiracy to obtain explosives in violation of the law.